UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Larry E. Moore,

Plaintiff,

v.

Northwest Airlines, Inc.

Defendants.

Court File No.: 00-CV-1507RHK/SRN

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER**

It is hereby stipulated by and between plaintiff Larry E. Moore and defendant Northwest Airlines, Inc., through their respective counsel, that the deadline for defendant to move, answer or otherwise respond to plaintiff's Complaint shall be extended to July 25, 2000 and that the failure of defendant to so respond to the Complaint prior to July 25, 2000, shall not constitute a waiver of any defenses or rights available to defendant.

Dated: July 11, 2000

BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP, LTD.

By [signature]
Howard L. Bolter (#192387)
485 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-7155

Attorneys for Plaintiff

FILED JUL 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: July 13, 2000

DORSEY & WHITNEY LLP

By ______________________
Jean F. Holloway (#214127)
James D. Kremer (# 211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant

SO ORDERED:

Dated: July 17, 2000

______________________
Magistrate Judge Susan R. Nelson
U.S. District Court