UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Larry E. Moore,

Plaintiff,

v.

Northwest Airlines, Inc.

Defendants.

Court File No.: 00-CV-1507 RHK/SRN

**STIPULATION AND**
**ORDER OF DISMISSAL**

It is hereby stipulated by and between plaintiff Larry E. Moore and defendant Northwest Airlines, Inc., through their respective counsel, that this matter be dismissed pursuant to Fed. R. Civ. P. 41(a)(1) without the award of any costs, attorneys' fees, or other expenses to either party. Each party shall bear their own costs, attorneys' fees, and other expenses.

Dated: August 15, 2000

BORKON, RAMSTEAD, MARIANI,
FISHMAN & CARP, LTD.

By [signature]
Howard L. Bolter (#192387)
485 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-7155

Attorneys for Plaintiff

FILED AUG 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: August 14, 2000

DORSEY & WHITNEY LLP

By ______________________
Jean F. Holloway (#214127)
James D. Kremer (# 211461)
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendant

SO ORDERED:

Dated: August 18, 2000

______________________
Judge Richard H. Kyle
U.S. District Court